# United States Court of Appeals

### For the Eighth Circuit

_____

No. 12-1801

_____

Steve Wayne Postier

*Plaintiff - Appellant*

v.

Michael J. Astrue, Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: January 3, 2013
Filed: February 7, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Steve Postier appeals from an order of the District Court[1] order affirming the partially favorable decision of the Social Security Commissioner. After a hearing at which Postier and a vocational expert testified, the administrative law judge (ALJ) found that Postier was disabled as of October 10, 2008, when he turned 55 years old, but that he was not disabled before then. Following careful review, we conclude that the ALJ properly discounted the opinion of Postier's treating physician, see Howe v. Astrue, 499 F.3d 835, 840–41 (8th Cir. 2007); that deference to the ALJ's credibility findings is warranted because they are supported by good reasons and substantial evidence, see Pelkey v. Barnhart, 433 F.3d 575, 578 (8th Cir. 2006); and that the ALJ's decision is supported by substantial evidence on the record as a whole, see Perkins v. Astrue, 648 F.3d 892, 897 (8th Cir. 2011). Accordingly, we affirm the judgment of the District Court.

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota.